**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | **CRIMINAL ACTION** |
| vs. | ) | |
| | ) | **No. 06-CR-20021-01-KHV** |
| HECTOR MOREIRA, et al., | ) | |
| Defendants. | ) | |

**ORDER GRANTING EXTENSION OF TIME TO FILE**

Defendants Hector Moreira, Hugo Lechuga, Laura J. Lynch, Richard Mallatt, Edguar Lizardo-Figueroa, Justin Bolig, Bayron Moreira, and Alberto Perez-Jacome, have requested extensions of the pre-trial motions (Doc. #204, 205, 206, 207, 208, 209, 210, 211).  The government has no objection to this continuance.

THE COURT FINDS that the ends of justice served by granting this continuance outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the Court finds that competent representation requires Defendants' counsel to have a reasonable period of time to review discovery, perform necessary research, and meet with clients.  Any delay caused by this continuance shall be excludable pursuant to 18 U.S.C. § 3161(h)(1)(F).

THE COURT ORDERS that the deadline for filing pretrial motions by all appearing Defendants be extended to October 3, 2006.  The government shall file responses by October 10, 2006.  The pretrial motions hearing will occur on October 16, 2006 at 1:30 p.m.

Dated this 9th day of August, 2006 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Court Judge